JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARA HAMILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATTLEBORN MEDICAL MANAGEMENT LLC, a Nevada limited liability company; SAGEBRUSH HEALTH SERVICES, a Nevada nonprofit corporation,<br><br>Defendants. | Case No.: 2:24-cv-02378-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT SAGEBRUSH HEALTH SERVICES' MOTION FOR SUMMARY JUDGMENT (ECF NO. 36)**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Clara Hamilton ("Plaintiff"), by and through her respective counsel of record, and Defendant Sagebrush Health Services ("Defendant"), by and through its respective counsel of record, that Plaintiff shall have until December 19, 2025 to file her response to Defendant's Motion for Summary Judgment. This Stipulation is submitted and based upon the following:

1. Plaintiff's Complaint was filed in the United States District Court, District of Nevada on December 19, 2024, and asserted claims related to Plaintiff's employment with Defendant. (ECF No. 1).

2. On November 21, 2025, Defendant filed a Motion for Summary Judgment. (ECF No. 36).

3. Plaintiff's counsel requires additional time to complete the response due to pre-existing scheduling conflicts and the need to review recently received information pertinent to the motion. The extension will allow for a thorough and accurate response without prejudicing either party. Accordingly, Plaintiff respectfully requests a brief extension to the response deadline to respond to the Motion.

4. The Parties have agreed to extend the deadline for Plaintiff to file her response to Defendant's Motion for Summary Judgment by one-week, from December 12, 2025 to December 19, 2025, based upon Plaintiff's pre-existing scheduling conflicts and the need to review recently received information pertinent to the Motion.

5. This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

6. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**SO STIPULATED.**

Dated this December 10, 2025.

| **GREENBERG GROSS LLP** | **WHITEHEAD & WHITEHEAD PLLC** |
|---|---|
| */s/ Marian L. Massey* <br> Jemma E. Dunn, Bar #16229 <br> Matthew T. Hale, Bar #16880 <br> Marian L. Massey, Bar #14579 <br> 1980 Festival Plaza Dr., Suite 730 <br> Las Vegas, NV 89135 | */s/ Jonathan J. Whitehead* <br> Jonathan J. Whitehead, Bar # 4415 <br> 10389 Double R. Blvd. <br> Reno, NV 89521 <br><br> & |
| *Attorneys for Plaintiff* | **ROBISON, SHARP, SULLIVAN & BRUST** <br> Michael E. Sullivan, Bar #5142 <br> 71 Washington Street <br> Reno, NV 89503 <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2025