JONATHAN J. WHITEHEAD, ESQ.
Nevada Bar No. 4415
Whitehead & Whitehead PLLC
10389 Double R Blvd.
Reno, Nevada 89521
(775) 823-7700
jonathan@jjwhitehead.com

MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No.: 5142
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
(775) 329-3151
msullivan@rssblaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARA HAMILTON,<br><br>Plaintiff,<br><br>vs.<br><br>BATTLEBORN MEDICAL MANAGEMENT LLC, a Nevada limited liability company; SAGEBRUSH HEALTH SERVICES, a Nevada nonprofit corporation,<br><br>Defendants. | Case No.: 2:24-cv-02378-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT SAGEBRUSH HEALTH SERVICES TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT SAGEBRUSH HEALTH SERVICES' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Defendant Sagebrush Health Services ("Defendant") and Plaintiff Clara Hamilton ("Plaintiff"), by and through their respective counsel of record, that Defendant shall have until January 9, 2026 to file its Reply to Plaintiff's Response to Defendant Sagebrush Health Services' Motion for Summary Judgment. This Stipulation is submitted and based upon the following:

1. Plaintiff's Complaint was filed in the United States District Court, District of Nevada on December 19, 2024, and asserted claims related to Plaintiff's employment with Defendant. (ECF No. 1).

2. On November 21, 2025, Defendant filed a Motion for Summary Judgment, arguing that it was not Plaintiff's employer nor that it controlled Plaintiff's employment with Defendant Battleborn Medical Management LLC. (ECF No. 36).

3. On December 10, 2025, the parties stipulated to an extension for Plaintiff to file her response to Defendant Sagebrush Health Services' motion for summary judgment. (ECF No. 40.)

4. On December 11, 2025, the Court granted the extension. (ECF No. 41.)

3. On December 19, 2025, Plaintiff filed their Response to the Motion for Summary Judgment. (ECF No. 42).

4. Defendant's counsel requires additional time to complete the reply due to Christmas and New Years Eve holidays, where Defendant's counsel's office is closed for a portion of said holidays and the fact the Response includes additional new information which defense counsel needs to review the Defendant. The extension will allow for sufficient time to provide an accurate reply without prejudicing either party. Accordingly, Defendant respectfully requests a brief extension to the deadline to reply to Plaintiff's response.

5. The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's response to Defendant's Motion for Summary Judgment by one-week, from January 2, 2026 to January 9, 2026, based upon Defendants pre-existing scheduling conflicts and the need to review recently received information pertinent to the response.

6. This is the first stipulation to extend the time for Defendant to reply to

Plaintiff's Response to Sagebrush Health Services' Motion for Summary Judgment.

7. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

The parties hereby stipulate to the aforementioned.

| DATED this _23rd_ day of December, 2025 | DATED this _23rd_ day of December, 2025 |
|---|---|
| GREENBERG GROSS LLP | WHITEHEAD & WHITEHEAD PLLC |
| /s/ Marian L. Massey<br>Jemma E. Dunn<br>Nevada Bar No. 16229<br>Matthew T. Hale<br>Nevada Bar No. 16880<br>Marian L. Massey<br>Nevada Bar No. 14579<br>JDunn@GGTrialLaw.com<br>PHorlacher@GGTrialLaw.com<br>MMassey@GGTrialLaw.com<br>190 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135 | /s/ Jonathan J. Whitehead<br>Jonathan J. Whitehead, Esq.<br>Nevada Bar No. 4415<br>jonathan@jjwhitehead.com<br>10389 Double R Blvd<br>Reno, NV 89521<br><br>In association with:<br><br>Michael E. Sullivan, Esq.<br>ROBISON, SHARP, SULLIVAN & BRUST<br>71 Washington Street<br>Reno, NV 89503<br>(775) 329-3151<br>msullivan@rssblaw.com |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Law offices of Whitehead & Whitehead PLLC and that on this date, I served the foregoing *Stipulation to Extend Deadline for Defendant Sagebrush Health Services to Reply to Plaintiff's Response to Defendant Sagebrush Health Services' Motion For Summary Judgment (First Request)*, on the party(ies) set forth below via Pacer Electronic filing system addressed as follows:

Jemma Dunn, Esq.
Philip A. Horlacher, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
(702) 777-0888
*JDunn@GGTrialLaw.com*
*PHorlacher@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

Michael E. Sullivan, Esq.
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503
(775) 329-3151
*msullivan@rssblaw.com*

DATED this 23rd day of December, 2025.

_____
Leslie Morin
Assistant to Jonathan Whitehead, Esq.

Whitehead & Whitehead PLLC
10389 Double R Blvd.
Reno, NV 89521
(775) 823-7700

4