JONATHAN J. WHITEHEAD, ESQ.
Nevada Bar No. 4415
Whitehead & Whitehead PLLC
10389 Double R Blvd.
Reno, Nevada 89521
(775) 823-7700
jonathan@jjwhitehead.com

MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No.: 5142
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
(775) 329-3151
msullivan@rssblaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLARA HAMILTON,

                Plaintiff,

vs.

BATTLEBORN MEDICAL
MANAGEMENT LLC, a Nevada limited
liability company; SAGEBRUSH
HEALTH SERVICES, a Nevada nonprofit
corporation,

                Defendants.

Case No.:  2:24-cv-02378-GMN-DJA

**STIPULATION TO EXTEND
DEADLINE FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S MOTION
FOR SPOLIATION SANCTIONS**

**(FIRST REQUEST)**

**IT IS HEREBY STIPULATED** by and between Defendants Battleborn Medical Management, LLC and Sagebrush Health Services ("Defendants") and Plaintiff Clara Hamilton ("Plaintiff"), by and through their respective counsel of record, that Defendants shall have until April 2, 2026 to file their Response to Plaintiff's Motion for Spoliation Sanctions. This Stipulation is submitted and based upon the following:

1. On March 12, 2026, Plaintiff filed her Motion for Spoliation Sanctions (ECF No. 72.)

4. Defendants' counsel requires additional time to complete the Response due to the complexity of the issues and the fact that Defendant Battleborn Medical Management, LLC's HR Director, Mithila Urs, is currently out of the country in India and will not return until March 25, 2026. As a result, defense counsel's ability to communicate with Ms. Urs about issues raised in the subject motion. Moreover, counsel Jonathan Whitehead is out of town from March 26, 2026 through March 29, 2026. The extension will allow for sufficient time to provide an accurate response without prejudicing either party. Accordingly, Defendants respectfully request a brief extension to the deadline to respond to Plaintiff's motion.

5. The Parties have agreed to extend the deadline for Defendants to file their response to Plaintiff's Motion for Spoliation by one-week, from March 26, 2026 to April 2, 2026 based upon the aforementioned issues.

6. This is the first stipulation to extend the time for Defendants to Respond to Plaintiff's Motion for Spoliation Sanctions.

7. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

WHITEHEAD & WHITEHEAD PLLC
10389 DOUBLE R BLVD.
RENO, NV 89521
(775) 823-7700

The parties hereby stipulate to the aforementioned.

| DATED this __23rd__ day of March, 2026 | DATED this __23rd__ day of March, 2026. |
|---|---|
| GREENBERG GROSS LLP | WHITEHEAD & WHITEHEAD PLLC |
| _/s/ Marian L. Massey_ | _/s/ Jonathan J. Whitehead_ |
| Jemma E. Dunn | Jonathan J. Whitehead, Esq. |
| Nevada Bar No. 16229 | Nevada Bar No. 4415 |
| Matthew T. Hale | jonathan@jjwhitehead.com |
| Nevada Bar No. 16880 | 10389 Double R Blvd |
| Marian L. Massey | Reno, NV 89521 |
| Nevada Bar No. 14579 | |
| JDunn@GGTrialLaw.com | In association with: |
| PHorlacher@GGTrialLaw.com | |
| MMassey@GGTrialLaw.com | Michael E. Sullivan, Esq. |
| 190 Festival Plaza Drive, Suite 730 | SBW Law Group |
| Las Vegas, Nevada 89135 | 3600 Mayberry Drive |
| | Reno, NV 89509 |
| | (775) 299-4051 |
| | msullivan@sbwlawgroup.com |

## <u>ORDER</u>

IT IS SO ORDERED.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE


DATED: March 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Law offices of Whitehead & Whitehead PLLC and that on this date, I served the foregoing *Stipulation to Extend Deadline for Defendants to Respond to Plaintiff's Motion For Spoliation Sanctions (First Request)*, on the party(ies) set forth below via Pacer Electronic filing system addressed as follows:

Jemma Dunn, Esq.
Matthew T Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
(702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MMassey@GGTrialLaw.com

Michael E. Sullivan, Esq.
SBW Law Group
3600 Mayberry Drive
Reno, NV 89509
(775) 229-4051
msullivan@sbwlawgroup.com

DATED this 23rd day of March, 2026.

/s/ Leslie Morin
Leslie Morin
Assistant to Jonathan Whitehead, Esq.