Patrick H. Hicks, Esq.
Nevada Bar No. 4632
McCade Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:    702.862.8800
Fax No.:       702.862.8811
phicks@littler.com
mwing@littler.com

Attorneys for Defendants
BATTLEBORN MEDICAL MANAGEMENT, LLC
and SAGEBRUSH HEALTH SERVICES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARA HAMILTON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BATTLEBORN MEDICAL MANAGEMENT, LLC, a Nevada limited liability company; and SAGEBRUSH HEALTH SERVICES, a Nevada nonprofit corporation, <br><br> Defendants. | Case No. 2:24-cv-02378-GMN-DJA <br><br> **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Court's Minute Order (ECF No. 96), Plaintiff CLARA HAMILTON ("Plaintiff") and Defendants BATTLEBORN MEDICAL MANAGEMENT and SAGEBRUSH HEALTH SERVICES ("Defendants" collectively referred to with Plaintiff as the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

The Parties submit the instant Stipulation pursuant to their agreement for global resolution of this action. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

Accordingly, the Parties respectfully request the Court to grant the instant Stipulation, dismiss the action with prejudice, and close the case.


Dated: June 18, 2026                          Dated: June 18, 2026


GREENBERG GROSS LLP                  LITTLER MENDELSON, P.C.


*/s/ Marian L. Massey*                          */s/ McCade Wing*
Jemma E. Dunn, Esq.                            Patrick H. Hicks, Esq.
Matthew T. Hale, Esq.                           McCade Wing, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS                             WHITEHEAD & WHITEHEAD PLLC
Attorneys for Plaintiff                            Jonathan J. Whitehead, Esq.

                                                          Attorneys for Defendants
                                                          BATTLEBORN              MEDICAL
                                                          MANAGEMENT, LLC and SAGEBRUSH
                                                          HEALTH SERVICES



**IT IS SO ORDERED.**


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED: ___June 23, 2026_____

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2

4900-8494-1981 / 133358.1001